AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of North Dakota

United States of America
v.
Daniel Joseph Lindgren

Defendant

)
)
)
)
)
)
)

Case No.  3:25-cr-37

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Daniel Joseph LINDGREN                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Bank Fraud (4 Counts)
Forfeiture Notice

Date:    02/13/2025

City and state:  Fargo, ND

/s/Sarah Lien
*Issuing officer's signature*

Sarah Lien, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 02/13/2025 , and the person was arrested on *(date)* 02/14/2025
at *(city and state)* Fargo, ND .

Date: 02/18/2025

_____
*Arresting officer's signature*

Caleb Williamson , Special Agent
*Printed name and title*