**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JOSEPH LINDGREN,<br><br>Defendant. | **MOTION TO WITHDRAW AS COUNSEL**<br><br>Case No.: 3:25-cr-00037 |

[¶ 1]    PLEASE TAKE NOTICE: COMES NOW, Scott Patrick Band of NILSON BRAND LAW, and respectfully requests the Court to issue an Order allowing withdrawal as attorney of record on the following grounds:

1. Recent information has come to light in the case at bar that causes a conflict for the undersigned, and;

2. Good cause exists pursuant to N.D.R. PROF. CONDUCT 1.16(a)(1) and N.D.R. PROF. CONDUCT 1.16(b)(1), (5), (6), (7).

[¶ 2]    The last known address of the Defendant represented by NILSON BRAND LAW is as follows:

> Daniel Joseph Lindgren
> 1047 Barnes Drive
> West Fargo, ND 58078

[¶ 2]    WHREFORE, the undersigned respectfully requests the Court to issue an Order granting the Motion to withdraw.


*[Signature Page to Follow.]*

Dated this 9th day of July, 2025.

**Scott Patrick Brand**
**N.D. Bar I.D.: 07287**
NILSON BRAND LAW
Attorney for the Defendant
5141 44th St. S.
Fargo, ND 58104
Phone: (701) 786 – 6040
Email:  scott@nilsonbrandlaw.com